**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-4538**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DAVID C. BOWEN,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-98-425-JFM)

---

Submitted:  January 13, 2000          Decided:  January 19, 2000

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joseph J. Trepel, LAW OFFICES OF JOSEPH J. TREPEL, Rockville,
Maryland, for Appellant.  Lynne A. Battaglia, United States Attor-
ney, Joyce K. McDonald, Assistant United States Attorney, Balti-
more, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David C. Bowen appeals his conviction, entered upon a written plea agreement, of mail fraud, in violation of 18 U.S.C.A. § 1341 (West 1994 & Supp. 1999). As part of his written plea agreement, Bowen expressly waived his right to appeal any sentence falling within the statutory range, except for the right to appeal based on an upward or downward departure from the guideline range established at sentencing. Following an extensive Fed. R. Crim. P. 11 hearing, the district court accepted Bowen's plea, and sentenced him to eighteen months imprisonment, thirty-six months supervised release, a $50 special assessment, and restitution in the amount of $250,000.

Bowen claims on appeal that the district court erred in ordering him to pay $250,000 restitution when he had no present ability to pay, claiming that the investments on which the district court based its restitution order were speculative. As to this claim, we find that Bowen knowingly and voluntarily waived his right to appeal. See United States v. Marin, 961 F.2d 493, 496 (4th Cir. 1992).

We therefore dismiss Bowen's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED